Hector **BONILLA–ROSADO,**
Petitioner—Appellant,

v.

Kuma **DEBOO, Warden, Respondent—**
Appellee.

No. 12–6522.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 23, 2012.

Hector Bonilla–Rosado, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector Bonilla–Rosado, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. Because Bonilla–Rosado failed to object to the magistrate judge's recommendations after being given proper notice, he has waived appellate review of those claims. *United States v. Midgette,* 478 F.3d 616, 621–22

(4th Cir.2007). Therefore, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*